# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-28-12

September 28, 2012

By Fax

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Denroy Morgan
    11 Cr. 1097 (PAC)

✓✓ Applications granted. The PTC is adjourned to
11/15/12 at 3:45pm in Courtroom 20-C
Bail is modified, and time is excluded.

SO ORDERED: 9-28-12

/s/ Paul Crotty
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Hon. Judge Crotty:

With the government's consent, I request an adjournment of the October 3, 2012, status conference to November 15, 2012. We need additional time to complete the review and appeal process at the United States Attorney's Office.

To that end, we request that the time between October 3, 2012 and November 15, 2012, be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(7)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the government and defense counsel to continue discussions regarding a possible disposition in the matter.

We also ask the Court to modify Mr. Morgan's pretrial conditions of release. With the consent of USPTO Christina Feo and AUSA Ferrara we ask that Mr. Morgan be place on regular (and not on strict) pretrial supervision. Thank you.

Respectfully submitted,

Sabrina P. Shroff, Esq.
Assistant Federal Defender

MEMO ENDORSED

cc: AUSA Ferrara
    USPTO Feo